UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-00055-RJ

| TRACY PHILLIPS, JR. | ) |  |
| --- | --- | --- |
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY, | ) |  |
| Defendant. | ) |  |

Upon motion of the Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,681 in full satisfaction of any and all claim for fees, costs, and other expenses arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Michael G. Gillespie, and mailed to his office at 415 Chestnut Street, Wilmington, North Carolina 28401, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act. If it is subject to the Treasury Offset Program, the balance will be mailed to his office, and check made payable to counsel if allowed by the Program.

SO ORDERED this **17** day of **March**, 2015.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE