UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY PHILLIPS, JR.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  )<br>v.  )<br>  )<br>  )<br>CAROLYN W. COLVIN,  )<br>ACTING COMMISSIONER,  )<br>SOCIAL SECURITY,  )<br>  )<br>    Defendant.  ) | **JUDGMENT**<br>No. 7:14-CV-55-RJ |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED**, upon motion of the Plaintiff, and with no objection by Defendant, that the Commissioner of Social Security pay to Plaintiff the sum of $4,681 in full satisfaction of any and all claim for fees, costs, and other expenses arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

This Judgment Filed and Entered on March 17, 2015 with service on:
Michael Gray Gillespie (via Notice of Electronic Filing)
James B. Gillespie, Jr. (via Notice of Electronic Filing)
Elisa Donohoe (via Notice of Electronic Filing)

|  | JULIE RICHARDS JOHNSTON, CLERK |
|---|---|
| DATE | /s/ Jacqueline B. Grady |
| March 17, 2015 | Jacqueline B. Grady, Deputy Clerk |